ACCEPTED
01-14-00934-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 1:29:25 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-14-00934-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 1:29:25 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| LINDA HENDERSON-QUALLS, APPELLANT | § § § | IN THE COURT OF APPEALS |
| VS. | § § | 1ST JUDICIAL DISTRICT |
| THE STATE OF TEXAS, APPELLEE | § § | AT HOUSTON, TEXAS |

CASE NO. 1370183

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| LINDA HENDERSON-QUALLS | § | 182ND JUDICIAL DISTRICT |

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW LINDA HENDERSON-QUALLS, appellant, by and through her attorney of record, KURT B. WENTZ, who files this Appellant's Motion for Extension of Time to File Appellant's Brief and in support thereof would show this Court as follows:

I.

The appellant was found guilty of aggravated theft from a nonprofit organization ($100,000 - $200,000) and sentenced to 10 years confinement in the Institutional Division of the Texas Department of Criminal Justice.

II.

The appellant's brief was originally due on March 13, 2015.

III.

The attorney for the appellant was unable to timely file the appellant's brief because of

1

the demands of trial cases and other appellate matters. The appellant's brief has now been completed and filed contemporaneously with this Motion for Extension of Time.

IV.

This Motion is not intended for the purposes of delay but only to ensure the filing of the appellant's brief which has now been completed and filed with this Court.

WHEREFORE, PREMISES CONSIDERED, the appellant requests that the Court grant this motion in all things to allow for the filing of her brief.

Respectfully submitted,

/s/Kurt B. Wentz_____
KURT B. WENTZ
5629 Cypress Creek Parkway, Suite 115
Houston, Texas 77069
Phone: 281/587-0088
e-mail: kbsawentz@yahoo.com
State Bar No. 21179300
ATTORNEY FOR APPELLANT

<b><u>CERTIFICATE OF SERVICE</u></b>

I, Kurt B. Wentz, hereby certify that a true and correct copy of this Motion was submitted to the Assistant District Attorney for Harris County, Texas on the 12th day of May, 2015.

/s/Kurt B. Wentz_____
KURT B. WENTZ

2